UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Cory Coston, #194241,                )
                  Plaintiff,          )
                                      )   No. 1:17-cv-249
-v-                                   )
                                      )   Honorable Paul L. Maloney
Corizon, Inc., et al.,                )
                  Defendants.         )
                                      )

## JUDGMENT

All pending claims have been resolved. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS MATTER IS TERMINATED**.

**IT IS SO ORDERED.**


Date: September 28, 2018              /s/ Paul L. Maloney
                                      Paul L. Maloney
                                      United States District Judge